**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| BRIAN WARD, | * |
| Petitioner, | * |
| vs. | * |
| | *   No. 5:12-cv-00155-JJV |
| RAY HOBBS, Director, Arkansas Department of Correction | * |
| Respondent. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this <u>14th</u> day of August, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE