# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | | |
|---|---|---|
| BRIAN WARD, | * | |
| | * | |
| Petitioner, | * | |
| v. | * | |
| | * | No. 5:12-cv-00155-JJV |
| RAY HOBBS, Director, | * | |
| Arkansas Department of Correction | * | |
| | * | |
| Respondent. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

Dated this 12th day of September, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE